IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS, *Health & Welfare Fund by its trustees* Henry Iida, Russell Young, Audrey Hidano, Thomas Toma, Glen Kaneshige, Eric Hashizume, George Ehara, Ronald Taketa, Kyle Chock, Shayne Chung, Justin Kochi, Leonard Hoshijo and Garrett Takara; *Apprenticeship & Training Fund by its trustees* Claude Matsumoto, Thomas Toma, Conrad Murashige, Dale Sakamoto-Yoneda, Roy Morioka, Vince Nihipali, Sheri Mau, Mike Goodnight, Leonard Hoshijo, Kyle Chock, Justin Kochi, Ronald Taketa, Mitchell Tynanes, Sean Newcamp and Garrett Takara; *Vacation & Holiday Fund by its trustees* Gerard Sakamoto, James Watanabe, Paul Silen, Paul Sasaki, Jay Kadowaki, Sharon Thom, Roy Morioka, Kyle Chock, Garrett Takara, Sean Newcamp, Mitchell Tynanes, Justin Kochi, and David Samson; *Market Recovery Program by its trustees* Thalia Choy, Alan Shintani, Justin Izumi, Ken Kawamoto, Gerard Sakamoto, Bill Wilson, Lance Wilhelm, Leonard Hoshijo, Justin Kochi, Garrett Takara, Sean Newcamp, Kyle Chock, David Samson and Mitchell Tynanes; *Financial Security Fund by its trustees* Kenneth Spence, Conrad Murashige, Kenneth Sakurai, Wesley Mikuni, Alan Shintani, Eric Tessem, | CIVIL NO. 15-00441 DKW-RLP<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

| | |
|---|---|
| Kyle Chock, Ronald Taketa, Shayne Chung, Justin Kochi, Sean Newcamp and Garrett Takara; *Drywall Training Fund by its trustees* Vince Nihipali, Sr., Lito Alcantra, Bert Beaman, Mike Goodnight, Kevin Respecki, Sean Newcamp, Garrett Takara, Edmund Aczon, David Samson and Ivan Lay; *401-K Fund by its trustees* Kenneth Spence, Conrad Murashige, Kenneth Sakurai, Wesley Mikuni, Alan Shintani, Eric Tessem, Kyle Chock, Ronald Taketa, Shayne Chung, Justin Kochi, Shayne Chung, Sean Newcamp and Garrett Takara, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| DKSL, LLC dba PARAMOUNT BUILDERS; JOHN DOES 1-100; JANE DOES 1-100; DOE CORPORATIONS 1-100; DOE PARTNERSHIPS 1-100; DOE ENTITIES 1-100; DOE GOVERNMENT AL UNITS 1-100, | ) ) ) ) ) ) ) ) |
| Defendants. _____ | ) ) ) |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on February 2, 2016, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Grant Plaintiff's Motion for Entry of Default Judgment Against DKSL, LLC dba Paramount Builders" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: February 19, 2016 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*HAWAII CARPENTERS TRUST FUNDS v. DKSL, LLC dba PARAMOUNT BUILDERS, et al.*; Civil No. 15-00441 DKW-RLP; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**